# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_Attorneys at Law_

August 13, 2020

**_Via ECF_**

Eastern District of New York
United States Federal Courthouse
100 Federal Plaza, Courtroom 9014
Central Islip, NY 11722

      **Re:**    *Wall v. Do & Co New York Catering, Inc.*
              **Case No. 18-cv-3725 (ADS)(AKT)**

Dear District Court Judge:

      This firm represents Plaintiff in the above-referenced matter. We write to request an order from this Court, compelling Defendant to respond to Plaintiff's First Post-Judgment Set of Interrogatories and Request for the Production of Documents and to appear for a 30(b)(6) deposition.

      On March 12, 2020, Plaintiff accepted Defendant's Offer of Judgment. Judgement was entered by the Clerk of the Court on March 17, 2020. Attached hereto as Exhibit A is the Judgement. Defendant failed to pay the Judgment. On May 6, 2020, Plaintiff served Defendant with Post-Judgment Set of Interrogatories and Request for the Production of Documents and, on May 7, 2020, Plaintiff served a notice of deposition pursuant to CPLR Rules 30(b)(6) and 69(a)(2). See attached hereto as Exhibits B and C, respectively. The interrogatories and Document requests were made returnable by June 5, 2020.

      Although Plaintiff agreed to temporarily adjourn the taking of depositions due to ongoing settlement discussions, the parties were unable to reach a resolution. To date, the Defendant has not responded to our discovery requests or provided any indication of their intention to respond despite repeated reminders via email and telephone. We respectfully request that the Court compel Defendant's response to the document requests and interrogatories and compel Defendant to produce a 30(b)(6) witness for deposition.

      We thank the Court for your assistance.

                                    Sincerely,

                                    LEEDS BROWN LAW, P.C.

                                    /s/
                                  Rick Ostrove

cc: All Counsel via ECF