UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRENDA WALL,

                                                      **SATISFACTION**
                                                      **OF JUDGMENT**

            Plaintiff,

    -against-                                           Index No.: 18-CV-03725

DO & CO NEW YORK CATERING, INC.,

            Defendant.

----------------------------------------------------------------x

***WHEREAS***, a judgment was entered in the above-entitled action on March 17, 2020 in the Eastern District of New York, in the County of Nassau and the Transcript of Judgment was filed on July 13, 2020 in the County of Nassau in favor of Plaintiff, Brenda Wall, against Defendant, DO & CO New York Catering Inc. for the sum of $450,000.00 which said Judgment was docketed on July 13, 2020 in the office of the Clerk of the County of Nassau, and said Judgment has been *paid*, in full;

***THEREFORE***, *satisfaction* of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of said *full satisfaction* on the docket of said judgment.

Dated: Carle Place, New York
         September 14, 2021

                                                    Aaron Ferri
                                                  *Attorney for Plaintiff*
                                                  Leeds Brown, Law P.C.
                                                  One Old Country Road, Ste. 347
                                                  Carle Place, NY 11514
                                                  Tel.: 516-873-9550